# Third District Court of Appeal

## State of Florida

Opinion filed June 3, 2015.

———————————

No. 3D14-960
Lower Tribunal No. 09-28644

———————————

**Ruben Otero,**
Appellant,

vs.

**Federal National Mortgage Association,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Thomas Erskine Ice, for appellant.

Liebler, Gonzalez & Portuondo, and Adam M. Topel, for appellee.

Before WELLS, LOGUE and EMAS, JJ.

PER CURIAM.

## ON CONFESSION OF ERROR

On Appellee's confession of error, we reverse the final judgment of foreclosure on appeal here and remand to the court below for further proceedings in the instant matter.